UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 15-2169

---

UNITED STATES ex rel.
CUSTOMS FRAUD INVESTIGATIONS, LLC,
Appellant

v.

VICTAULIC COMPANY

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 13-cv-02983)
District Judge: Honorable Mary A. McLaughlin

---

Argued on February 11, 2016

Before: FUENTES, KRAUSE and ROTH, Circuit Judges

---

**JUDGMENT**

---

This case came to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on February 11, 2016.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court, entered April 10, 2015, be and the same is hereby reversed and remanded for further proceedings.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: October 5, 2016