UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 15-2169
_____

UNITED STATES ex rel. CUSTOMS FRAUD INVESTIGATIONS, LLC,

Appellant

v.

VICTAULIC COMPANY
_____

(D.C. Civ. No. 5-13-cv-02983)
_____

SUR PETITION FOR REHEARING
_____

Present: SMITH, <u>Chief</u> <u>Judge</u>, MCKEE, AMBRO, *FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, RESTREPO **ROTH and **FUENTES, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by appellee in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular

---

* The Honorable D. Michael Fisher assumed senior status on February 1, 2017
** The votes of the Honorable Jane R. Roth and Julio M. Fuentes are limited to panel rehearing only.

active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Jane R. Roth
Circuit Judge

Dated: February 22, 2017
CJG/cc:    Anna C. Haac, Esq.
           Suzanne I. Schiller, Esq.
           Jonathan K. Tycko, Esq.
           Stephen S. Asay, Esq.
           Jeetander T. Dulani, Esq.
           Thomas C. Hill, Esq.
           Brian R. Tipton, Esq.
           Michael S. Raab, Esq.
           Henry C. Whitaker, Esq.
           Joseph M. Spraragen, Esq.